The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES-WASHINGTON, d/b/a Providence Alaska Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA HEALTH PLAN, INC., a Kentucky corporation,<br><br>Defendant. | NO.   2:25-cv-00757-KKE<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT** |

### STIPULATION

Defendant Humana Health Plan, Inc. (the "Defendant"), by and through its undersigned counsel, and Plaintiff Providence Health & Services-Washington, d/b/a Providence Alaska Medical Center (the "Plaintiff"), by and through its undersigned counsel, hereby stipulate to and jointly move the Court for an extension of time through and including July 30, 2025 for Defendant to answer or otherwise plead in response to the Complaint filed by Plaintiff in the above-captioned case.

The parties are in discussions about a potential path to early resolution of the litigation and agree to this extension to allow time for those discussions while conserving judicial and

party resources. Counsel for Plaintiff and Defendant agree that additional time is therefore needed. This request is not being made for the purpose of unreasonable delay, and no party will be prejudiced by the Court's granting of the requested extension.

A proposed order is attached to this stipulation.

DATED: June 26, 2025.

**FENNEMORE CRAIG, P.C.**

By: */s/ Brandi B. Balanda*
Brandi B. Balanda, WSBA #48836
Andrea A. Marconi, *admitted pro hac vice*
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: bbalanda@fenenmorelaw.com

*Attorneys for Defendant Humana Health Plan, Inc.*

DATED: June 26, 2025.

**HARRANG LONG P.C.**

By: */s/ Kurt C. Peterson*
Kurt C. Peterson, WSBA #36171
111 SW Columbia Street, Suite 950
Portland, Oregon 97201
Telephone: 503.242.0000
Facsimile: 541.686.6564
Email: kurt.peterson@harrang.com

*Attorneys for Plaintiff Providence Health & Services-Washington*

ORDER GRANTING STIPULATION TO EXTEND TIME
TO ANSWER COMPLAINT - 2
No. 2:25-cv-00757-KKE

**ORDER**

Plaintiff and Defendant have stipulated to extend Defendant's deadline to file and serve its answer or other pleading in response to Plaintiff's Complaint. The Court accepts this Stipulation.

IT IS HEREBY ORDERED that Defendant's deadline to file and serve its answer or other pleading in response to the Complaint is extended through and including July 30, 2025.

DATED this 26th day of June, 2025.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATION TO EXTEND TIME
TO ANSWER COMPLAINT - 3
No. 2:25-cv-00757-KKE