UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROVIDENCE HEALTH & SERVICES-WASHINGTON, d/b/a Providence Alaska Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>HUMANA HEALTH PLAN, INC., a Kentucky corporation,<br><br>Defendant. | Case No. 2:25-cv-00757-KKE<br><br>NOTICE OF SETTLEMENT |

Plaintiff hereby notifies the court that plaintiff and defendant have reached a settlement.

The parties anticipate filing a stipulation and proposed order for dismissal of the lawsuit with prejudice and without an award of fees or costs to either party.

Plaintiff respectfully requests that the court strike all pending hearings and deadlines in this matter.

Dated: April 30, 2026

MILLER NASH LLP

s/Arden J. Olson

Arden J. Olson, WSBA #08530
arden.olson@millernash.com
541.234.7624

Attorneys for Plaintiff Providence Health & Services-Washington, dba Providence Alaska Medical Center



**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155