The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PROVIDENCE HEALTH & SERVICES-WASHINGTON, d/b/a Providence Alaska Medical Center,

Plaintiff,

v.

HUMANA HEALTH PLAN, INC., a Kentucky corporation,

Defendant.

Case No. 2:25-cv-00757-KKE

ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL

**STIPULATION**

Plaintiff Providence Health & Services-Washington, d/b/a Providence Alaska Medical Center, by and through its attorneys, Arden Olson of Miller Nash LLP, and defendant Humana Health Plan, Inc., by and through its attorneys, Brandi B. Balanda of Fennemore Craig, P.C., hereby stipulate to entry of the subjoined order dismissing Plaintiff's complaint with prejudice and without the award of fees or costs to either party.

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION FOR ORDER OF
DISMISSAL – 1
2:25-CV-00757-KKE

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155
4926-4154-2842.1

## ORDER

Based on the Stipulation of the Parties, this action is HEREBY dismissed with prejudice and without an award of fees or costs to either party.

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2026.

_____

Kymberly K. Evanson
United States District Judge

*RESPECTFULLY SUBMITTED BY:*

*FENNEMORE CRAIG, P.C.*                    *MILLER NASH LLP*

*s/Brandi B. Balanda*                          *s/Arden J. Olson*
*Brandi B. Balanda, WSBA #48836*          *Arden J. Olson, WSBA #08530*
*bbalanda@fennemorelaw.com*               *arden.olson@millernash.com*
*999 Third Ave, Ste 600*                      *1140 SW Washington St, Ste 700*
*Seattle, WA 98104-4039*                      *Portland, OR 97205*
*Telephone: (206) 749-0500*                  *Telephone: (503) 224-5858*

*Attorneys for Defendant Humana Health*    *Attorneys for Plaintiff Providence Health &*
*Plan, Inc.*                                  *Services-Washington, dba Providence Alaska*
                                             *Medical Center*

ORDER GRANTING STIPULATED MOTION FOR ORDER OF
DISMISSAL – 2
2:25-CV-00757-KKE